Todd Friedman (SBN: 216752)
Law Offices of Todd Friedman, P.C.
369 S. Doheny Drive, Suite 415
Beverly Hills, California 90211
tfriedman@attorneysforconsumers.com
t: (877) 206-4741
f: (877) 206-4741

Attorneys for Plaintiff
Nancy Regalado

David J. Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
yeomansk@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

Attorneys for Defendant
Midland Credit Management, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY REGALADO;<br><br>Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.;<br><br>Defendant. | Case no. 2:13-cv-01107-RSWL-VBK<br><br>STIPULATION TO DISMISS<br>(FRCP 41(a)(1)(A)(ii)) |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff NANCY REGALADO and Defendant MIDLAND CREDIT MANAGEMENT, INC., through their respective counsel of record, that Plaintiff shall dismiss, with prejudice, the above-entitled lawsuit in its entirety as to Defendant MIDLAND CREDIT

07386.00/192776-1.wpd

1

STIPULATION TO DISMISS
2:13-cv-01107-RSWL-VBK

MANAGEMENT, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: 4/25/13

Law Offices of Todd Friedman, P.C.

By: /s/ Todd Friedman
Todd Friedman

*Attorneys for Plaintiff*

Dated: March 18, 2013

Carlson & Messer LLP

By: /s/ Keith A. Yeomans
Keith A. Yeomans

*Attorneys for Defendant*

2

STIPULATION TO DISMISS
2:13-cv-01107-RSWL-VBK

07386,00/192776-1.wpd